IN THE COMMONWEALTH COURT OF PENNSYLVANIA

F.A. Realty Investors Corp.          :
                                     :
                v.                   :   No. 1728 C.D. 2017
                                     :
Board of Revision of Taxes           :
                                     :
Appeal of: Steve A. Frempong         :

## **O R D E R**

NOW, April 25, 2019, having considered appellant's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge
